UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| VICTOR HAYES<br>P.O. Box 7212<br>Silver Spring, MD 20907<br>301.520.5404<br><br>   Plaintiff,<br><br>v.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC 20210<br><br>   Defendant. | Civil Action No.: 08 0915<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION TO PERMIT USE OF POST OFFICE BOX AS ADDRESS IN CIVIL COMPLAINT

Plaintiff, Victor Hayes ("Hayes"), respectfully moves this Honorable Court to allow Plaintiff Hayes to use a Post Office Box as his address in this civil matter, as reason therefore, states as follows:

1. Plaintiff Hayes's lease expired on April 30, 2008.

2. Plaintiff Hayes' new apartment is not available until June 1, 2008.

Wherefore, Plaintiff Hayes, respectfully requests:

1. That this Honorable Court allow Plaintiff Hayes to use a Post Office Box as his address in this civil matter.

May 12, 2008
(Date)

*Victor Hayes*
Victor Hayes
Plaintiff, Pro Se
P.O. Box 7212
Silver Spring, MD 20907
301.520.5404

Page 1

3