UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| VICTOR HAYES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0915 |
| ELAINE CHAO, Secretary, United States Department of Labor, | ) |
| Defendant. | ) |

### ORDER

It is hereby

**ORDERED** that Plaintiff's Motion to Permit Use of Post Office Box in Civil Complaint is **GRANTED**.

SO ORDERED.

_____
United States District Judge

DATE: 5/16/08

