UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES ) <br> P.O. BOX 7212 ) <br> SILVER SPRING, MD 20907 ) <br>    ) <br>       Plaintiff,  ) <br>    ) <br>    v.    ) <br>    ) <br> ELAINE CHAO ) <br> SECRETARY, U.S. DEPARTMENT OF LABOR ) <br> 200 CONSTITUTION AVE., N.W. ) <br> Washington, D.C.  20210 ) <br>    ) <br>       Defendant. ) <br>    ) | Civil Action No.  08-0915 (ESH) <br> Electronic Case Filing |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Marian L. Borum** as counsel for the defendant, United States Department of Labor, in the above-captioned case.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555  4th  Street, N.W. - Room  E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing **Entry of Appearance** was served upon the plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>VICTOR HAYES
>P.O. BOX 7212
>SILVER SPRING, MD 20907

on this  20th  day of June, 2008.

>_____/s/_____
>MARIAN L. BORUM
>Assistant United States Attorney
>Judiciary Center Building/ Civil Division
>555 4th St., N.W., Room E4810
>Washington, D.C.  20530