**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTOR HAYES<br>P.O. BOX 7212<br>SILVER SPRING, MD 20907<br><br>　　　Plaintiff,<br><br>V.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC 20210<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RECEIVED**

JUL 17 2008

Clerk, U.S. District and
Bankruptcy Courts

Civil Action No.: 08-0915-ESH

JURY TRIAL DEMANDED

## MOTION FOR APPOINTMENT OF COUNSEL IN TITLE VII ACTION

1. Plaintiff Hayes respectfully requests that the Court appoint counsel to represent him pursuant to 42 U.S.C., VII § 2000e-5(f). This motion is based on the attached Memorandum of Points and Authorities, and the attached Declaration. This is an action alleging employment discrimination and seeking relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

2. In support of this motion, plaintiff Hayes has already demonstrated indigency by the Court's granting of his Motion for Leave to Proceed in forma pauperis and he has made a diligent effort to obtain the assistance of counsel by contacting several pro bono firms and attorneys.

3. Plaintiff Hayes' claim has merit because he exhausted his administrative remedies before the U.S. Equal Employment Opportunity Commission. **See** the Right-To-Sue- letter from the EEOC submitted with Plaintiff Hayes Verified Complaint for Employment Discrimination.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WHEREFORE, Plaintiff Victor Hayes respectfully prays that that the Court appoint counsel to represent him.

_7 - 17 -08_
_____
Date

_Victor Hayes_ (signature)
_____
Victor Hayes
P.O. Box 7212
Silver Spring, MD  20907

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VICTOR HAYES<br>P.O. BOX 7212<br>SILVER SPRING, MD  20907<br><br>    Plaintiff,<br><br>V.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC  20210<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 08-0915-ESH<br><br>JURY TRIAL DEMANDED |

### MEMORANDUM OF POINTS AND AUTHORITIES

1.  Plaintiff Hayes requests the Court to appoint counsel to represent him pursuant to 42

    U.S.C., VII §2000e-5(f).  That statute provides, in pertinent part, as follows:

    > Upon application by the complainant and in such circumstances as the
    > court may deem just, the court may appoint an attorney for such
    > complainant . . . .

2.  In Bradshaw v. Zoological Society of San Diego, 662 F.2d 130 (9th Cir. 1981), the

    United States Court of Appeals for the Ninth Circuit identified three factors which the

    court should consider in ruling on a motion for appointment of counsel:  (1) the indigency

    of the plaintiff, (2) the efforts made by the plaintiff to counsel for (himself) (herself), and

    (3) the merits of the plaintiff's lawsuit.  All three of these factors warrant the appointment

    of counsel in Plaintiff Hayes' case.

3.  Plaintiff Hayes' indigency is established by the Court granting Plaintiff Hayes' motion to

    proceed in forma pauperis.  **See** Order granting Plaintiff Hayes' Motion for Leave to

    Proceed in forma pauperis.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

4. The diligent, but unsuccessful, efforts of Plaintiff Hayes to obtain a lawyer to represent

him are established by the declaration of Plaintiff Hayes attached hereto.

5. Plaintiff Hayes has a strong likelihood of success in this action because he has raised

issues under a recognized legal theory and his claim supports a recognized theory of

recovery.


WHEREFORE, Plaintiff Victor Hayes respectfully prays that that the Court appoint
counsel to represent him under the authority of Bradshaw v. Zoological Society, supra.


7-17-08
_____
Date

_____
Victor Hayes
P.O. Box 7212
Silver Spring, MD  20907

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Thursday, July 17, 2008 the forgoing Motion for Appointment of Counsel in Title VII Action, Memorandum of Points and Authorities, and Declaration was served by U.S. Postal Service Certified Mail on the following:

MARIAN L. BORUN
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
JUDICIARY CENTER BUILDING
555 4TH STREET, NW – ROOM E4810
WASHINGTON, DC  20530

_____
Victor Hayes
Plaintiff, Pro Se

_____
7-17-08
Date

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VICTOR HAYES <br> P.O. BOX 7212 <br> SILVER SPRING, MD  20907 | ) <br> ) <br> ) <br> ) <br> ) |  |
| Plaintiff, | ) |  |
| V. | ) | Civil Action No.: 08-0915-ESH |
| ELAINE CHAO <br> SECRETARY, U.S. DEPARTMENT OF LABOR <br> 200 CONSTITUTION AVE., N.W. <br> WASHINGTON, DC  20210 | ) <br> ) <br> ) <br> ) | JURY TRIAL DEMANDED |
| Defendant. | ) <br> ) |  |

## ORDER

It is hereby

**ORDERED** that Plaintiff Hayes' Motion for Appointment of Counsel in Title VII Action

is **GRANTED**.

SO ORDERED.

_____          _____
Date                                     UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VICTOR HAYES<br>P.O. BOX 7212<br>SILVER SPRING, MD  20907<br><br>        Plaintiff,<br><br>V.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC  20210<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: <u>08-0915-ESH</u><br><br>JURY TRIAL DEMANDED |

## DECLARATION

1. COMES NOW THE PLAINTIFF AND DECLARES UNDER PENALTY OF

   PERJURY:  I am the plaintiff in the above-entitled action, which has been brought

   pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, et

   seq.

2. On July 12, 2008, I e-mailed the law firm of Jerome E. Clair and asked them if they

   performed pro bono services in connection with this case.  On July 13, 2008 the law firm

   of Jerome E. Clair responded by e-mail informing me that they were unable to provide

   pro bono services in connection with this case.  **See** Plaintiff Hayes' e-mail attached as

   Exhibit 1.

3. On July 12, 2008, I e-mailed the law firm of Bernabei & Wachtel and asked them if they

   performed pro bono services in connection with this case.  On July 14, 2008 the law firm

   of Bernabei & Wachtel responded by e-mail informing me that they were unable to

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

provide pro bono services in connection with this case. **See** Plaintiff Hayes' e-mail

attached as Exhibit 2.

4.  On July 16, 2008, I e-mailed the law firm of Ogletree, Deakins, Nash, Smoak & Stewart

and asked them if they performed pro bono services in connection with this case. On July

17, 2008 the law firm of Ogletree, Deakins, Nash, Smoak & Stewart responded by e-mail

informing me that they were unable to provide pro bono services in connection with this

case. **See** Plaintiff Hayes' e-mail attached as Exhibit 3.

5.  On July 16, 2008, I e-mailed the law firm of HOGAN & HARTSON LLP and asked them

if they performed pro bono services in connection with this case. On July 17, 2008 the

law firm of Ogletree HOGAN & HARTSON LLP responded by e-mail informing me that

they were unable to provide pro bono services in connection with this case. **See** Plaintiff

Hayes' e-mail attached as Exhibit 4.

This declaration has been signed and notarized on July 17, 2008 in Washington, DC.

7-17-08

_____
Date

_____
Plaintiff

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 17th day of July, 2008
_____
Notary Public, D.C.
My commission expires 10-14-2010

Paul A. Mhoon
Notary Public, District of Columbia
My Commission Expires 10/14/2010

**Victor Hayes**

**From:** jeromeclair116@comcast.net

**Sent:** Sunday, July 13, 2008 8:46 AM

**To:** Victor Hayes

**Subject:** Re: Pro Bono Services

Mr. Hayes:
My firm does not provide pro se services.
Jerome E. Clair

PLAINTIFF'S EXHIBIT 1

7/17/2008

**Victor Hayes**

| | |
|---|---|
| **From:** | info [info@bernabeipllc.com] |
| **Sent:** | Monday, July 14, 2008 11:59 AM |
| **To:** | Victor Hayes |
| **Subject:** | RE: Pro Bono Services |

No we do not.

PLAINTIFF'S EXHIBIT 2

1

## Victor Hayes

**From:**    Bailey, Melissa A. [Melissa.Bailey@ogletreedeakins.com]

**Sent:**    Thursday, July 17, 2008 8:14 AM

**To:**    victorh@umich.edu

**Subject:** RE: Request for additional information

I'm sorry -- we do not. Good luck


**Melissa A. Bailey**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N Street, N.W.
5th Floor
Washington, D.C.  20037
202-887-0855 Phone
202-887-0866 Fax

*Unless expressly stated to the contrary herein, (a) nothing contained in this message was intended or written to be used, can be used, nor may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that could be imposed upon the taxpayer under the Internal Revenue Code of 1986, as amended; and (b) any written statement contained herein relating to any federal tax transaction or issue may not be used by any individual or entity to, recommend or support the promotion or marketing of any such transaction or issue.*

*This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.*

PLAINTIFF'S EXHIBIT 3

7/17/2008

## Victor Hayes

| | |
|---|---|
| **From:** | Brannan, Patricia A. [PABrannan@hhlaw.com] |
| **Sent:** | Thursday, July 17, 2008 9:56 AM |
| **To:** | victorh@umich.edu |
| **Subject:** | Inquiry to Hogan & Hartson |

I am the partner in charge of the Hogan & Hartson Community Services Department in Washington. Thank you for your email question about pro bono help. We receive many more requests for pro bono assistance than we can possibly handle, and I am afraid that we will not be able to help you with this matter.

PATRICIA BRANNAN, PARTNER
HOGAN & HARTSON LLP
Columbia Square, 555 Thirteenth Street, NW, Washington, DC 20004
direct +1.202.637.8686 | tel +1.202.637.5600 | fax +1.202.637.5910
pabrannan@hhlaw.com | http://www.hhlaw.com

```
"EMF <HHLAW.COM>" made the following annotations.
------------------------------------------------------------------------
This electronic message transmission contains information from this law firm which m
copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by tele

========================================================================
```

PLAINTIFF'S EXHIBIT 4