UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES, | ) |
|           Plaintiff, | ) |
| | ) Civil No. 08-0915 (ESH) |
| ELAINE CHAO, SECRETARY, UNITED STATES DEPARTMENT OF LABOR, | ) |
|           Defendant. | ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, Elaine Chao, Secretary, United States Department of Labor, through undersigned counsel, hereby respectfully requests an enlargement of time of thirty (30) days, up to and including September 22, 2008, within which to move, answer or otherwise respond to plaintiff *pro se*'s Amended Complaint. Defendant's response would otherwise be due on August 22, 2008. Defendant seeks this enlargement on the following grounds:

In this action, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, Plaintiff alleges discrimination based upon "race for failure to compensate [him] for performing substantially equal work as Caucasian co-workers." Amended Complaint at ¶ 1. Undersigned counsel has spoken with counsel at the Department of the Labor and has received several documents needed in order to respond to Plaintiff *pro se*'s Amended Complaint. However, the response to Plaintiff *pro se*'s Amended Complaint requires that additional documents be obtained. Undersigned counsel has requested and is awaiting those documents. Undersigned counsel recently learned that some of the documents have been

archived and will take additional time to retrieve. The extension of time is being requested to allow undersigned counsel to receive and review those documents as well as prepare a comprehensive response to Plaintiff *pro se*'s Amended Complaint.

For the reasons cited above, Defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to the Amended Complaint be granted. Undersigned counsel has contacted Plaintiff *pro se* who objects to this motion. However, this enlargement of time is being sought for good cause and not for the purpose of delay. As there are no pending deadlines, the granting of this motion will have no effect on any deadlines in this matter. This is Defendant's first request for an enlargement of time in this matter.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Washington, D.C. 20530
(202) 514-6531
Marian.L.Borum@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on this 21st day of August, 2008, the foregoing was served vis first class mail, postage pre-paid as follows:

Victor Hayes
P.O. Box 7212
Silver Spring, Maryland 20907

                                    /s/
                                 MARIAN L. BORUM, D.C. Bar # 435409
                                 Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR HAYES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil No. 08-0915 (ESH) |
| ) | |
| **ELAINE CHAO, SECRETARY,** ) | |
| **UNITED STATES DEPARTMENT OF LABOR ,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

UPON CONSIDERATION OF Defendant's Motion for Enlargement of Time, it is on this

\_\_\_\_\_ day of _____, 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including September 22, 2008, to move, answer or otherwise respond to Plaintiff *pro se*'s Amended Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530

Victor Hayes
P.O. Box 7212
Silver Spring, Maryland 20907